STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:         David_Rizk@fd.org

Counsel for Defendant Isaac

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TOMMY ISAAC,<br><br>          Defendant. | **Case No.:** CR 19–00031 VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARINGS ON CONVICTION ALTERNATIVE PROGRAM EVAULATION AND SENTENCING**<br><br>**Court:**           Courtroom 4, 17th Floor |

The parties stipulate as follows: Defendant Tommy Isaac was released to New Bridge Rehabilitation Center on July 30, 2019 and is currently participating in its 90-day rehabilitation program.  Mr. Isaac ultimately wishes to be evaluated for CAP and then referred to this District's Conviction Alternative Program (CAP) by the Court.  The government opposes a CAP evaluation and referral and wishes to brief the matter or otherwise be heard on the issue.  U.S. Pretrial Services requires six to eight weeks to conduct a CAP evaluation.  Sentencing is currently scheduled for September 17, 2019 at 10:30 a.m.

1  The parties therefore jointly request that the Court set a hearing on Mr. Isaac's request to be
2  evaluated for CAP on October 1, 2019 at 10:30 a.m., followed by a hearing on his request for a
3  referral to CAP on November 26, 2019.  The parties agree that a sentencing date may be after Mr.
4  Isaac's request for a CAP evaluation and referral is resolved.  No later than August 22, 2019, the
5  parties also agree to file a stipulation concerning *United States v. Rehaif* and its impact on the plea in
6  this matter.

IT IS SO STIPULATED.

Dated:   August 12, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

             /S
DAVID RIZK
Assistant Federal Public Defender

Dated:   August 12, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

             /S
LINA PENG
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER RE: HEARINGS ON CONVICTION ALTERNATIVE PROGRAM REFERRAL AND SENTENCING
*ISAAC*, CR 19–00031 VC

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY ISAAC,<br><br>Defendant. | **Case No.:** CR 19–00031 VC<br><br>[~~PROPOSED~~] **ORDER RE: HEARINGS ON CONVICTION ALTERNATIVE PROGRAM EVAULATION AND SENTENCING**<br><br>**Court:**   Courtroom 4, 17th Floor |

The sentencing date in this matter is vacated and shall be reset at a later date. Instead, the Court shall hear Defendant Tommy Isaac's request to be evaluated for the Conviction Alternatives Program (CAP) on October 1, 2019, at 10:30 a.m., and if necessary, the Court shall hear his request for a referral to CAP on November 26, 2019. The parties shall file a stipulation concerning *United States v. Rehaif* and its impact on the plea in this matter by August 22, 2019.

IT IS SO ORDERED.

Dated:  August 27, 2019

VINCE CHHABRIA
United States District Judge