UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TOMMY BRUCE ISAAC, <br> Defendant. | Case No. 19-cr-00031-VC-1 <br><br> **REFERRAL TO CAP** |

In light of the recommendation by pretrial services, and in light of the government's blanket policy regarding referrals, the defendant is referred to the Conviction Alternatives Program for a determination whether he is eligible to participate.

**IT IS SO ORDERED.**

Dated: November 20, 2019

_____
VINCE CHHABRIA
United States District Judge