UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 10, 2021　　**Time:** 23 minutes 2:20 p.m. to 2:43 p.m.　　**Judge:** WILLIAM H. ORRICK

**Case No.**: 19-cr-00031-WHO-1　　**Case Name:** UNITED STATES v. Isaac

**Attorney for Plaintiff:**　Cynthia Stier
**Attorney for Defendant:**　David Rizk
　　　　　　　　　　　　　Defendant **Tommy Isaac** – present (by video), O/R

**Deputy Clerk:** Jean Davis　　　　**Court Reporter:** Ana Dub
**Interpreter:** n/a　　　　　　　　**Pretrial Services Officer:** Sheri Broussard

# PROCEEDINGS

Status Conference regarding pretrial release violation conducted via videoconference.  Ms. Broussard has submitted a violation memorandum to the Court outlining Mr. Isaac's failures to be forthright about his work schedule and his contact with law enforcement.  Ms. Broussard recommends that Mr. Isaac be returned to custody to await trial.  Mr. Rizk proposes that Mr. Isaac be placed on home confinement, possibly following a flash incarceration.  Ms. Stier is heard in support of a flash incarceration followed by a period of stricter supervision.  The Court expresses concern about the continued violations and dishonesty and indicates that it is time to sentence Mr. Isaac.  The Court agrees to flash incarceration in the meantime and strict conditions of release following, at least until further violation.

**Sentencing Hearing set for October 21, 2021 at 1:30 p.m.** The matter is referred to U.S. Probation Office for preparation of a Presentence Report.

A written order will issue directing Mr. Isaac to report to custody and to remain in custody until Thursday, June 17, 2021.

**Further Status Conference set for June 17, 2021 at 1:30 p.m.**