IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 3:19-00031-WHO |
| Plaintiff, | ORDER RE: Flash incarceration |
| v. | |
| TOMMY ISAAC, | |
| Defendant. | |

Defendant Tommy Isaac appeared before this Court on June 10, 2021, for a hearing on a violation of the terms of his pretrial release. After a hearing thereon, the Court having considered the positions of all parties, it is ORDERED that Mr. Isaac be subject to flash incarceration. Consistent with the Court's directive, IT IS HEREBY ORDERED that Mr. Isaac Self-surrender Santa Rita Jail on June 11, 2021, by 2:00 pm to be remanded to custody until after his court appearance on June 17, 2021, at 1:30 p.m.

IT IS SO ORDERED.
Dated: June 11, 2021



WILLIAM H. ORRICK
United States District Judge