IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 3:19-00031-WHO |
| Plaintiff, | RELEASE ORDER |
| v. | |
| TOMMY ISAAC, | |
| Defendant. | |

IT IS HEREBY ORDERED that Mr. Isaac be released from custody at Santa Rita Jail on June 17, 2021.

IT IS SO ORDERED.
June 17, 2021

_____
Dated

_____
WILLIAM H. ORRICK
United States District Judge