UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>TOMMY BRUCE ISAAC,<br><br>        Defendant. | Case No. 19-cr-00031-WHO-1<br><br>**AMENDED ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal pursuant to the terms of a bond or own recognizance.

**IT IS SO ORDERED.**

Dated: June 17, 2021

_____
WILLIAM H. ORRICK
United States District Judge

*Rev. 09-2020*