**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable William H. Orrick<br>U.S. District Judge | **RE:** | Isaac, Tommy |
| **FROM:** | Sheri Broussard,<br>U.S. Pretrial Services Officer | **Docket No.:** | **3:19-CR-00031-WHO** |

**Date:** June 17, 2021

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Sheri Broussard | 415-436-7511 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    **A.** *The defendant is subject to the following location restrictions: San Francisco, California, except to attend Court, attorney visits or Pretrial Services.*

    **B.** *The defendant must report directly to his residence, a sober living environment (SLE) located at 64 Brookdale Avenue in San Rafael, California upon release from custody and may not drive through San Francisco, California, to get there.*

    **C.** *The defendant must abide by all rules of the SLE; including but not limited to a curfew of 11 p.m. Sunday through Thursday and 12 a.m. Friday-Saturday and attendance at house meetings on Sundays, Tuesdays and Thursdays at 8:30 p.m.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____



_____  _____June 18, 2021_____
**JUDICIAL OFFICER**                 **DATE**