**SUPPLEMENTAL BOND SIGNATURE FORM**

CASE NUMBER: _____

NAME OF DEFENDANT: _____

SURETY'S ADDRESS:

_____
Print Name of Surety

_____

_____

_____
Signature of Surety

Phone Number:_____

SURETY'S ADDRESS:

_____
Print Name of Surety

_____

_____

_____
Signature of Surety

Phone Number:_____

SURETY'S ADDRESS:

_____
Print Name of Surety

_____

_____

_____
Signature of Surety

Phone Number:_____