**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable William H. Orrick<br>U.S. District Judge | **RE:** | Isaac, Tommy |
| **FROM:** | Sheri Broussard,<br>U.S. Pretrial Services Officer | **Docket No.:** | **3:19-CR-00031-WHO** |
| **Date:** | June 17, 2021 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Sheri Broussard | 415-436-7511 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No~~. __by Zoom__ on __July 29, 2021__ at __11:00 a.m.__ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_/s/ Jacqueline Scott Corley_        July 19, 2021
**JUDICIAL OFFICER**                **DATE**