UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 21, 2021     **Time:** 4 minutes     **Judge:** WILLIAM H. ORRICK
                                             2:47 p.m. to 2:51 p.m.

**Case No.**: 19-cr-00031-WHO-1     **Case Name:** UNITED STATES v. Isaac

**Attorney for Plaintiff:**     Cynthia Stier
**Attorney for Defendant:**    David Rizk
                               Defendant **Tommy Bruce Isaac** – present, on bond

**Deputy Clerk:** Jean Davis                **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a                        **Probation Office:** Monica Romero
                                            (appearing by videoconference)

Mr. Isaac failed to appear for Sentencing Hearing. He contacted Mr. Rizk at approximately 1:30 p.m. from CenterPoint indicating that he believed the sentencing would be conducted via videoconference. The calling of the hearing was delayed to allow for Mr. Isaac's transit. Ms. Stier agrees to prepare an arrest warrant for the Court's execution if he fails to appear.