UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA`

## CRIMINAL MINUTES

**Date:** October 22, 2021     **Time:** 5 minutes 11:04 to 11:09 a.m.     **Judge:** WILLIAM H. ORRICK

**Case No.:** 19-cr-00031-WHO-1     **Case Name:** UNITED STATES v. Isaac

**Attorney for Plaintiff:**   Cynthia Stier
**Attorney for Defendant:**   David Rizk
                             Defendant **Tommy Bruce Isaac**

**Deputy Clerk:** Jean Davis     **Court Reporter:** Debra Pas
**Interpreter:** n/a             **Probation Office:** Monica Romero (by video)

Counsel appear in person for continued sentencing hearing. Mr. Isaac does not appear, despite best efforts of counsel. The Court will issue an order for arrest warrant. Defense counsel will encourage Mr. Isaac to surrender if he has further contact with him.