UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 17, 2024   **Time:** 2 minutes 1:40 p.m. to 1:42 p.m.   **Judge:** WILLIAM H. ORRICK

**Case No.**: 19-cr-00031-WHO-1   **Case Name:** UNITED STATES v. Tommy Bruce Isaac

**Attorney for Plaintiff:** Jeffrey Bornstein
**Attorney for Defendant:** David Rizk
**Defendant:** [ X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody   [ ] Not in Custody

**Deputy Clerk:** Jean Davis   **Reported by:** Marla Knox
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference. Counsel agree that this matter should be referred to U.S. Probation for the preparation of an updated Presentence Report.

**CASE CONTINUED TO: January 16, 2025 at 1:30 p.m. for Sentencing**