1  DAVID W. RIZK – CABN # 284376
   RIZK & SHEARER LLP
2  466 Geary Street, Suite 201
   San Francisco, CA 94102
3  Telephone:     (415) 517-9044
   Email: drizk@rs-llp.com
4

5  Counsel for Defendant ISAAC

6

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10

11 | UNITED STATES OF AMERICA,        | Case No. 19-31 WHO
12 |        Plaintiff,                | **STIPULATION AND [PROPOSED]**
                                      | **ORDER**
13 | v.                               |
14 | TOMMY ISAAC,                     |
15 |        Defendant.                |

16

17      Sentencing in this matter is scheduled for January 16, 2024. Defense counsel respectfully

18 requests a continuance of approximately two months because counsel is preparing for a federal homicide

19 trial that is now set for February 10, 2024. In addition, U.S. Probation and the defense has been unable

20 to schedule an in-person presentence interview with Mr. Isaac, and therefore Probation needs additional

21 time to complete the Presentence Report. Mr. Isaac is in custody and the defense will not be requesting a

22 time served sentence. The government has no objection. Accordingly, the parties request that sentencing

23 be continued to March 26, 2025.

24      //

25      //

26

27

28

| | |
|---|---|
| December 20, 2024<br>Date | RIZK & SHEARER LLP<br><br>_____/S_____<br>DAVID W. RIZK<br>Counsel for Mr. Isaac |
| December 20, 2024<br>Date | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>JEFFREY BORNSTEIN<br>Assistant United States Attorney |

IT IS SO ORDERED.

| | |
|---|---|
| _____<br>Dated | _____<br>WILLIAM H. ORRICK<br>Senior United States District Judge |