1  DAVID W. RIZK – CABN # 284376
   RIZK & SHEARER LLP
2  466 Geary Street, Suite 201
   San Francisco, CA 94102
3  Telephone:     (415) 517-9044
   Email: drizk@rs-llp.com
4
5  Counsel for Defendant ISAAC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-31 WHO |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| TOMMY ISAAC, | |
| Defendant. | |

The defense respectfully requests a further continuance of sentencing of approximately 30 days. The defense previously requested an additional 60 days because the sentencing conflicted with a trial set for earlier this year. The Court granted a continuance to March 26, 2025. Unfortunately, undersigned counsel was obligated to request a brief continuance of that trial, which was granted by Judge Illston; however, the trial was continued to a date that conflicts with sentencing in this matter (defense counsel unsuccessfully requested an alternative trial date that did not conflict with this hearing). Opening statements are on March 17, 2025, and the parties anticipate a three-week trial. Accordingly, defense counsel requests that this sentencing be continued 30 days to April 23, 2025. Although Mr. Isaac is in custody, the continuance will not impact his sentence given the defense's anticipated recommendation. The government and Probation have no objection. Neither party anticipates any further continuances.

//

//

IT IS SO STIPULATED.

March 4, 2025
Dated

/S
DAVID W. RIZK
RIZK & SHEARER LLP
Counsel for Mr. Isaac

March 4, 2025
Dated

PATRICK ROBBINS
Acting United States Attorney
Northern District of California

/S
JEFFREY BORNSTEIN
Assistant United States Attorney

IT IS SO ORDERED.

Dated

WILLIAM H. ORRICK
Senior United States District Judge